KUEHN, J., SPECIALLY CONCURRING:
¶1 I concur in the Majority's thorough opinion. I write to emphasize my agreement with the Majority's decision to review this facial challenge to the constitutionality of a statute de novo under Weeks v. State , 2015 OK CR 16, ¶ 16, 362 P.3d 650, 654. Appellee's claim that the statute was vague is unquestionably a facial constitutional challenge. Courts, including this Court, may wish to limit our analysis in individual cases to avoid speculation and broadly deciding facial challenges. Washington State Grange v. Washington State Republican Party , 552 U.S. 442, 450-51, 128 S.Ct. 1184, 1190-91, 170 L.Ed.2d 151 (2008). However, where a statute is clearly challenged on its face-where under no set of circumstances could the statute be valid-that is the precise issue we must decide, and our review is de novo . Id ., 552 U.S. at 449, 128 S.Ct. at 1190 ; Weeks , 2015 OK CR 16, ¶ 16, 362 P.3d at 654. I commend the Majority for doing so.